NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**V.O.S. SELECTIONS, INC., PLASTIC SERVICES AND PRODUCTS, LLC, dba Genova Pipe, MICROKITS, LLC, FISHUSA INC., TERRY PRECISION CYCLING LLC,**
*Plaintiffs-Appellees*

**v.**

**DONALD J. TRUMP, in his official capacity as President of the United States, EXECUTIVE OFFICE OF THE PRESIDENT, UNITED STATES, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of the United States Customs and Border Protection, JAMIESON GREER, U.S. Trade Representative, in his official capacity as United States Trade Representative, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, HOWARD LUTNICK, Secretary of Commerce, in his official capacity as Secretary of Commerce, UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellants*

---

2026-1895

---

Appeal from the United States Court of International Trade in No. 1:25-cv-00066-RKE, Senior Judge Richard K. Eaton.

---------------------------------------------------

**AGS COMPANY AUTOMOTIVE SOLUTIONS, et al.,**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

———————————————

2026-1897

———————————————

Appeal from the United States Court of International Trade in Nos. 1:25-cv-00246-RKE, 1:25-cv-00249-RKE, 1:25-cv-00251-RKE, 1:25-cv-00252-RKE, 1:25-cv-00253-RKE, 1:25-cv-00254-RKE, 1:25-cv-00255-RKE, 1:25-cv-00256-RKE, 1:25-cv-00257-RKE, 1:25-cv-00260-RKE, 1:25-cv-00262-RKE, 1:25-cv-00263-RKE, 1:25-cv-00264-RKE, 1:25-cv-00266-RKE, 1:25-cv-00267-RKE, 1:25-cv-00268-RKE, 1:25-cv-00269-RKE, 1:25-cv-00270-RKE, 1:25-cv-00271-RKE, 1:25-cv-00274-RKE, 1:25-cv-00275-RKE, 1:25-cv-00276-RKE, 1:25-cv-00277-RKE, 1:25-cv-00278-RKE, 1:25-cv-00281-RKE, 1:25-cv-00285-RKE, 1:25-cv-00286-RKE, 1:25-cv-00288-RKE, 1:25-cv-00290-RKE, 1:25-cv-00292-RKE, 1:25-cv-00293-RKE, 1:25-cv-00294-RKE, 1:25-cv-00295-RKE, 1:25-cv-00296-RKE, 1:25-cv-00297-RKE, 1:25-cv-00301-RKE, 1:25-cv-00302-RKE, 1:25-cv-00304-RKE, 1:25-cv-00305-RKE, 1:25-cv-00306-RKE, 1:25-cv-00308-RKE, 1:25-cv-00310-RKE, 1:25-cv-00311-RKE, 1:25-cv-00316-RKE, 1:25-cv-00326-RKE, 1:25-cv-00329-RKE, 1:25-cv-00331-RKE, 1:25-cv-00333-RKE, 1:25-cv-00347-RKE, 1:25-cv-00348-RKE, 1:25-cv-00351-RKE, 1:25-cv-

00387-RKE, 1:25-cv-00437-RKE, 1:25-cv-00448-RKE, 1:25-cv-00451-RKE, 1:25-cv-00463-RKE, 1:25-cv-00473-RKE, 1:25-cv-00479-RKE, 1:25-cv-00498-RKE, 1:25-cv-00499-RKE, 1:25-cv-00501-RKE, 1:25-cv-00502-RKE, 1:25-cv-00503-RKE, 1:25-cv-00505-RKE, 1:25-cv-00520-RKE, 1:25-cv-00525-RKE, 1:25-cv-00526-RKE, 1:25-cv-00529-RKE, 1:25-cv-00530-RKE, 1:25-cv-00540-RKE, 1:25-cv-00559-RKE, 1:25-cv-00563-RKE, 1:25-cv-00569-RKE, 1:25-cv-00575-RKE, 1:25-cv-00579-RKE, 1:25-cv-00593-RKE, 1:25-cv-00694-RKE, 1:25-cv-00696-RKE, 1:25-cv-00704-RKE, 1:25-cv-00710-RKE, 1:25-cv-00712-RKE, 1:25-cv-00713-RKE, 1:25-cv-00724-RKE, 1:25-cv-00737-RKE, 1:25-cv-00739-RKE, 1:25-cv-00740-RKE, 1:25-cv-00779-RKE, 1:25-cv-00789-RKE, 1:25-cv-00799-RKE, 1:25-cv-00820-RKE, 1:25-cv-00832-RKE, 1:25-cv-00836-RKE, 1:25-cv-00842-RKE, 1:25-cv-00849-RKE, 1:25-cv-00852-RKE, 1:25-cv-00854-RKE, 1:25-cv-00855-RKE, 1:25-cv-00856-RKE, 1:25-cv-00857-RKE, 1:25-cv-00859-RKE, 1:25-cv-00867-RKE, 1:25-cv-00879-RKE, 1:25-cv-00881-RKE, 1:25-cv-00885-RKE, 1:25-cv-00896-RKE, and 1:25-cv-00900-RKE, Senior Judge Richard K. Eaton.

---------------------------------------------------

**GRANT & BOWMAN, INC.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

—————————————

2026-1899

—————————————

Appeal from the United States Court of International Trade in No. 1:25-cv-00689-RKE, Senior Judge Richard K. Eaton.

---------------------------------------------------

**EURO-NOTIONS FLORIDA, INC.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, in his official capacity as Commissioner of U.S. Customs and Border Protection, UNITED STATES,**
*Defendants-Appellants*

———————————————

2026-1898

———————————————

Appeal from the United States Court of International Trade in No. 1:25-cv-00595-RKE, Senior Judge Richard K. Eaton.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Upon consideration of the government's unopposed motion to voluntarily dismiss one of the consolidated appeals, No. 2026-1898, pursuant to Federal Rule of Appellate Procedure 42(b)(2),

IT IS ORDERED THAT:

V.O.S. SELECTIONS, INC. v. TRUMP                                    5

(1) The motion is granted. Appeal No. 2026-1898 is deconsolidated, the revised official captions are reflected above, and Appeal No. 2026-1898 is dismissed.

(2) Each side shall bear its own costs as to Appeal No. 2026-1898.

FOR THE COURT

July 28, 2026
    Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (only for Appeal No. 2026-1898):
July 28, 2026